EDWARD G. TAYLOR, PLAINTIFF-PETITIONER, v. CHARLES W. HOUSTON, DEFENDANT-RESPONDENT.

*Mr. Edward G. Taylor in propria persona.*

*Mrs. Marilyn Loftus Schauer* and *Mr. Arthur J. Sills* for the respondent.

June 22, 1965. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v ANTHONY POPE, Jr., DEFENDANT-PETITIONER.

*Messrs. Shapiro, Brotman & Eisenstat* for the petitioner.

*Mr. N. Douglas Russell* and *Mr. Joseph Tuso* for the respondent.

June 22, 1965. Denied.